IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SEAN OWENS | § |
| | § |
| | § |
| Plaintiff | § |
| | § |
| VS. | § CAUSE NO. 4:11 cv 2237 |
| | § |
| CEVA LOGISTICS, INC. | § |
| | § |
| Defendant. | § |
| | § |

### PLAINTIFF'S RESPONSE TO DEFENDANT'S
### FIRST INTERROGATORIES,
### REQUEST FOR ADMISSION
### and
### REQUESTS FOR PRODUCTION

TO: DEFENDANT, CEVA LOGISTICS, via counsel, Eleven Greenway Plaza, Suite 1400 Houston, Texas 77046.

Pursuant to the Federal Rules of Civil Procedure, Plaintiff, Sean V. Owens, by and through his Pro Se status, serves the following responses to the First Interrogatories, Request for Admission, and Requests for Production to the Defendant. All responses/answers are true to the best of my knowledge. The answers to the following Requests are being made in writing within the thirty (30) day requirement in accordance with the Federal Rules of Civil Procedure. Also, based on a mutual agreement opted by the Defendant, the documents are being served and presented via an electronic email source.

Respectfully submitted,

*Sean V. Owens*
Sean V. Owens
P.O. Box 21646
Houston, TX 77226
jaymatt7@hotmail.com



PLAINTIFF'S EXHIBIT 2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on February 25, 2012 via email correspondence to the following Defendant:

**WEYCER, KAPLAN, PULASKI & ZUBER, P.C.**
Maricarmen Guzman Dollar, Attorney-in-charge for Defendant, CEVA Logistics, INC
State Bar No. 24002195
Eleven Greenway Plaza, Suite 1400
Houston, Texas 77046
Telephone: (713) 961-9045
Facsimile: (713) 961-5341

*Sean V. Owens*            Date: February 25, 2012
Sean V. Owens
P.O. Box 21646
Houston, TX 77226
jaymatt7@hotmail.com

## DEFENDANT'S FIRST SET OF INTERROGATORIES TO PLAINTIFF

**INTERROGATORY NO. 1:**
Identify yourself or the person responding to these interrogatories on your behalf, by providing your complete name, address, telephone number, date of birth, and social security number.

**RESPONSE:**
Sean Owens, P.O. Box 21646, Houston, TX 77226, (214) 991-5672
xx-xx-1967
xxx-xx-7882

**INTERROGATORY NO. 2:**
Identify all arrests or convictions including the dates, offenses charged, whether a conviction resulted, and the city, county and state of all arrests and convictions.

**RESPONSE:**
No history of criminal arrests or convictions

**INTERROGATORY NO. 3:**
Identify all lawsuits or administrative proceedings to which you have been a party including case number; style; the court or agency where the case was or is pending; the nature of the case; whether you were a plaintiff, defendant, or another type of party; the final disposition of the case; and the name and address of your attorney for each such suit or proceeding.

**RESPONSE:**
- *OWENS v. CEVA LOGISTICS*; case no.: **4:11 cv 2237**
  U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION
  Labor - Fair Labor Standards Act overtime suit
  Filed as Plaintiff; case is still pending; appearing Pro Se

- *OWENS v. CARRIER CORPORATION*; case no.: **2:08-cv-02331-SHM-tmp**
  U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE
  Labor - WARN Act violation, Class Action suit
  Class Plaintiff Representative; case was settled on December 22, 2009
  Gardner Law Firm, Mary E. Olsen, 210 S. Washington Ave., Mobile, AL 36602, (251) 433-8100

- *OWENS WAGE COMPLAINT AGAINST BAE SYSTEMS*; complaint no.: **2010-199-07264**
  DEPARTMENT OF LABOR - WAGE & HOUR DIVISION, HOUSTON, TX
  Labor – FLSA overtime violation
  Filed as claimant; company settled claim in February, 2010

- *OWENS WAGE COMPLAINT AGAINST CARRIER CORPORATION*;
  DEPARTMENT OF LABOR - WAGE & HOUR DIVISION, MEMPHIS, TN
  Labor – FLSA overtime violation
  Filed as claimant; company settled claim in April 2008

**INTERROGATORY NO. 4:**
State the names, addresses, and telephone numbers of all persons and entities for whom you have

## VERIFICATION

STATE OF TEXAS         §
                       §
COUNTY OF HARRIS       §

BEFORE ME, the undersigned Notary Public, on this day personally appeared SEAN OWENS who, being by me duly sworn on his oath deposed and said that he has read the foregoing Plaintiff's Response to Defendant's First Interrogatories and that the facts presented therein are within his personal knowledge and are true and correct.

_____
SEAN OWENS

SWORN AND SUBSCRIBED to before me by SEAN OWENS on this the __1__ day of ~~February~~ ___, 2012.
March

_____
NOTARY PUBLIC, STATE OF TEXAS



DAVID RENDON
Notary Public, State of Texas
My Commission Expires
October 22, 2014